-5GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Al Welch | Case Number: 4:10CR00159-5 |
| | USM Number: 16212-021 |
| | Katie A. Brewington |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of standard conditions of the term of supervision.

☒ was found in violation of mandatory conditions after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant left the judicial district without the permission of the Court or the probation officer (standard condition). | July 30, 2023 |
| 2 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | August 17, 2023 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 6563

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:

Savannah, Georgia

September 29, 2023
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

October 4, 2023
Date

GAS 245D          (Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Al Welch
CASE NUMBER: 4:10CR00159-5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | August 14, 2023 |
| 4 | The defendant illegally possessed a controlled substance (mandatory condition). | August 14, 2023 |
| 5 | The defendant left the judicial district without the permission of the Court or the probation officer (standard condition). | August 19, 2023 |

GAS 245D       (Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT:        Al Welch
CASE NUMBER:   4:10CR00159-5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>20 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the Bureau of Prisons facility in Jesup, Georgia, is recommended.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL